AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Daniel F. Leyden, (DOB: XXXXXXXX)<br>Joseph P. Leyden, (DOB: XXXXXXXX)<br><br>*Defendant(s)* | Case: 1:22-mj-00180<br>Assigned To: Magistrate Judge Meriweather, Robin M.<br>Assign. Date : 8/10/2022<br>Description: Complaint w/ Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of Columbia, the defendant(s) violated:

*Code Section*                     *Offense Description*

18 U.S.C. §§ 111(a)(1) and (b), and 2 (Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon; Aiding and Abetting) ( Daniel Leyden)
18 U.S.C. §§ 111(a)(1) and 2 (Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon; Aiding and Abetting) (Joseph Leyden)
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder (Daniel Leyden & Joseph Leyden)
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds (Daniel Leyden & Joseph Leyden)
18 U.S.C. § 1752(a)(2) - Entering and Remaining in a Restricted Building or Grounds (Daniel Leyden & Joseph Leyden)
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds (Daniel Leyden & Joseph Leyden)
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings (Daniel Leyden & Joseph Leyden)

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Zach Geelan, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 08/10/2022

_____
*Judge's signature*

City and state: Washington, D.C.      Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*